# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 19 2025 ★
LONG ISLAND OFFICE

| | | |
|---|---|---|
| LEON WEINGRAD | ) | |
| *Plaintiff* | ) | Civil Action No. 24-cv-3705 |
| v. | ) | |
| WESTMOUNT FUNDING LLC & DAVID DIXON | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 3/21/25

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 5/12/25

MISC. 25 1930

CLERK OF COURT

/s/ *Steve Tomas*
Signature of Clerk or Deputy Clerk



George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DAVID DIXON

Defendant.

Case No.

2:24-CV-03705

**JURY TRIAL DEMANDED**

MISC. 2 5 1 9 3 0

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

AND NOW, this 21st day of March, 2025, upon consideration of the Plaintiff's Motion for Default Judgment, and pursuant to Rule 50(b)(2), any responses and replies thereto, and being duly advised of its premises, the Court does hereby ORDER, DECREE, and ADJUDGE:

- The class claims in this matter are dismissed without prejudice.
- Judgment is entered in favor of Leon Weingrad, individually, and against David Dixon, in the amount of $25,905, representing $25,500 in statutory damages and $405 in permissible costs as a prevailing party under 28 U.S.C. § 1920(1).
- The clerk of court is directed to close the case for statistical purposes.

Hon. Gail A. Weilheimer, J.

CLERK'S OFFICE
TRUE COPY CERTIFIED FROM THE RECORD
May/12/2025
By: s/ Steve Tomas
Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

1