# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 19 2025 ★
LONG ISLAND OFFICE

## MISCELLANEOUS CASE INFORMATION SHEET

| PLAINTIFF: | DEFENDANT: |
|---|---|
| Leon Weingrad | David Dixon |

**IN THE MATTER OF:**
Certification of Judgment for Registration in Another District

**CAUSE OF ACTION:**
28 U.S.C. § 1963

MISC. 25 1930

**RELIEF SOUGHT:**
Registration of Foreign Federal Judgment

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| Andrew Roman Perrong (Pro Hac Vice)<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>a@perronglaw.com<br>215-225-5529 | |

I am currently a member in good standing of the bar of this Court: ☐ YES  ☑ NO

Signature of Attorney of Record: _[signature]_   Date: 05/16/2025

Receipt #200005310