Generated: May 19, 2025 12:24PM                                    Page 1/1

# U.S. District Court

## New York Eastern - Central Islip

Receipt Date: May 19, 2025 12:24PM

Perrong Law LLC
Central Islip, NY 11722

| Rcpt. No: 200005310 | | Trans. Date: May 19, 2025 12:24PM | | | Cashier ID: #NF (6960) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #93389 | 05/19/2025 | | $52.00 |
| | | | Total Due Prior to Payment: | | $52.00 |
| | | | Total Tendered: | | $52.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments:** Case number: 25mc1930

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 19 2025 ★
LONG ISLAND OFFICE